# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DEAN CLAY DRAKE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KARIM RASHEED, M.D.,<br>LAWRENCE GAMBOA, AND<br>FERNANDO TUVERA,<br><br>　　　　　Defendants. | CASE NO. CV 18-08061-SVW (AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the Third Amended Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge. After having made a <u>de novo</u> determination of the portions of the Report and Recommendation to which Objections were directed, the Court finds that Plaintiff's Objections to the Report and Recommendation and his response to Defendant's Reply to Plaintiff's Objections raise arguments that have been thoroughly addressed in the Report and Recommendation, are without merit, and do not cause the Court to reconsider its decision to accept the Magistrate Judge's

conclusions and recommendations.[1] Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS ORDERED** that (1) Defendants' Motion for Summary Judgment is GRANTED; and (2) Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order on Plaintiff and counsel for Defendants.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: January 28, 2022

                                                                          _____
                                                                          STEPHEN V. WILSON
                                                                          UNITED STATES DISTRICT JUDGE

---

[1] As set forth in Defendants' Reply to the objections, Plaintiff's objections repeat the same arguments, conjectures and unsupported theories presented in Plaintiff's opposition to Defendants' motion for summary judgment. See Dkt. No. 89.

2