**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| DEAN CLAY DRAKE, | CASE NO. CV 18-00861-SVW (AS) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| KARIM RASHEED, M.D., LAWRENCE GAMBOA, AND FERNANDO TUVERA, | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 28, 2022

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE